**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Richard Wayne Thompson,<br>Plaintiff,<br>v.<br>Arizona State University, et al.,<br>Defendants. | No. CV-26-04318-PHX-SMB<br>**ORDER** |

The Court now considers Plaintiff Richard Thompson's Motion for Leave to File a Complaint (Doc. 1.) Plaintiff is a vexatious litigant with an injunction imposed against him. *See Thompson v. Penzone*, CV 20-01755-PHX-DJH-MTM, at Doc. 7 (Nov. 19, 2020). Pursuant to that injunction Plaintiff must obtain leave of this Court before filing a complaint. *Id.* Plaintiff must abide by the following terms:

(1) If Richard Wayne Thompson attempts to file any new action in this Court after the date of this Order, he must include therewith a "Motion for Leave to File" and attach to it the complaint he wishes to file. In the "Motion for Leave to File," Plaintiff must:

(A) in the FIRST SENTENCE, request leave to file the new action; and

(B) in the SECOND SENTENCE, state the number of individual claims he wishes to bring.

(C) For EACH CLAIM, Plaintiff must then, in ONE SENTENCE PER CLAIM, describe the harm he has suffered, or may suffer, and by whom such harm was, or may be, inflicted. For example, if Plaintiff intends to bring five claims, he may use one sentence for each of those claims, for a total of five sentences.

(2) If Plaintiff does not include a "Motion for Leave to File" with any new action he submits, the Court will not consider the filing, and the action will be summarily dismissed for failure to comply with this Order.

(3) If the "Motion for Leave to File" does not comply with the above requirements, the Court will read no further, the "Motion for Leave to File" will be denied, and the case will be summarily dismissed for failure to comply with this Order

*Id.*

Plaintiff's Motion does not abide by these terms. The second sentence does not state the number of individual claims Plaintiff wishes to bring. Neither does Plaintiff list each claim with a one sentence summary of each claim.

Accordingly,

**IT IS ORDERED denying** Plaintiff's Motion for Leave to File (Doc. 1). The Clerk of Court must thus enter judgment and close this case.

Dated this 10th day of August, 2026.

Honorable Susan M. Brnovich
United States District Judge